UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **DARIUS THOMAS**  Plaintiff, | ) JURY TRIAL DEMANDED )  ) |
| v. | ) Case No. ) |
| **TRUEACCORD CORP**  Defendant, | ) ) ) ) ) |

## COMPLAINT

### I.   INTRODUCTION

1. This is an action for actual and statutory damages brought by Darius Thomas an individual consumer, against Defendant TrueAccord Corp (hereinafter"TrueAccord") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II.   JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this district is proper in that the Defendants transact business in Cedar Hill Texas, and the conduct complained of occurred in Cedar Hill, Texas.

## III.  PARTIES

3. Plaintiff Darius Thomas (hereinafter "Plaintiff") is a natural person residing in Cedar Hill, Texas. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Plaintiff's alleged "debt" as defined by the FDCPA, 15 U.S.C 1692a(5) this alleged debt at issue arose from a transaction entered into primarily for personal use.

5. Upon information and belief TrueAccord Corp, is a Kanas corporation with its principal place of business located at 1611 College Blvd, Ste 130, Lenexa, Kanas 66219.

6. TrueAccord Corp is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another.

## IV.  FACTS OF THE COMPLAINT

7. Defendant TrueAccord (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

8. On or about May 20, 2023, Defendant texted Plaintiff attempting to collect allegedly owed to Premier Bankcard.

9. On May 24, 2023, Plaintiff replied to Defendant's text stating that he "refused to pay this debt".

10. On May 24, 2023, Defendant replied to Plaintiff's text stating "This is TrueAccord, a debt collector. Resolving your account can be easy! Let us help you get there: https://sm.true.ac/0hcunfl . Reply STOP to opt out." which is a violation of 15 U.S.C 1692c(c).

11. After May 24, 2023, Plaintiff received 3 more text messages until the filing of this case.

12. Plaintiff has suffered actual damages as a result of these illegal collection communications by Defendant in the form of anger, anxiety, decreased ability to focus on tasks while at work, frustration, amongst other negative emotions, as well as suffering from unjustified abusive invasions of personal privacy.

**FIRST CLAIM FOR RELIEF**
**(Defendant TrueAccord Corp)**
**15 U.S.C 1692c(c)**

13. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

14. The Debt Collector violated the FDCPA.

15. The Debt Collector's violations include, but are not limited to, the following:

(a) The Debt Collector violated 15 U.S.C § 1692c(c) of the FDCPA by communicating with the consumer after the consumer notifies in writing that they refuse to pay.

16. As a result of the above violations of the FDCPA, Defendant is liable to Plaintiff actual damages, statutory damages and costs.

## VI.     JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Darius Thomas respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost and reasonable attorney's fees pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

**THE LAW OFFICE OF OTISE REED**
5444 Westheimer Rd, Suite 1000
Houston, TX 77056
Phone (832) 352-5505
Fax (832) 301-0905
attorney@otisereedlaw.com

By: /s/ *Otise Reed*
**OTISE REED**
Fed No. 2108596