UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Dallas Division

**DARIUS THOMAS,**

    **Plaintiff,**

v.                                                             Civil Action No.: 3:23-cv-01651-B

**TRUEACCORD CORP.,**

    **Defendant.**

## ANSWER

NOW COMES Defendant TrueAccord Corp. (TAC), by the undersigned counsel, and for its Answer to the Plaintiff's Complaint, would show this Honorable Court as follows:

1. TAC admits that the Plaintiff has filed a complaint alleging a violation of the Fair Debt Collection Practices Act (FDCPA), but denies that TAC violated the FDCPA and denies the remaining allegations to the extent that they are inconsistent with the text of the FDCPA.

2. TAC denies that it "transacts business" in Texas as that term is defined in Texas state law, lacks sufficient information to admit or deny the specific location of the conduct the Plaintiff alleges, denies that the Plaintiff has been harmed, denies that Plaintiff has standing to pursue this claim, but otherwise does not challenge this Court's jurisdiction over TAC for claims initiated under the FDCPA.

3. TAC admits that Plaintiff is a natural person, but lacks sufficient information to admit or deny and therefore denies Plaintiff's residence or whether he is a consumer as defined by the FDCPA.

4. TAC lacks sufficient information to admit or deny and therefore denies the allegations in paragraph 4 of the Complaint.

5. Admitted.

6. TAC admits that it regularly collects financial obligations owed to other third parties, primarily through digital channels but occasionally by phone. Whether these obligations are "consumer debts" depends on the nature of the obligation and TAC lacks sufficient information to admit or deny and therefore denies the nature of the obligations of the Plaintiff..

7. TAC lacks sufficient information regarding Plaintiff's obligation to admit or deny the allegations in paragraph 7 of the Complaint and therefore denies the same.

8. Admitted.

9. TAC admits that the Plaintiff sent a text to TAC stating a refusal to pay the debt on May 24, 2023, but lacks sufficient information to admit or deny whether this text was in reply to the text referenced in paragraph 8 of the Complaint. TAC further avers that its system immediately responded to this May 24, 2023 text to indicate, *"This line is not monitored. Please call 1-866-611-2731 or email support@trueaccord.com for assistance."*

10. Denied.

11. Admitted.

12. Denied.

13. TAC restates its responses in paragraphs 1-12 of its Answer.

14. Denied.

15. Denied.

16. Denied.

## AFFIRMATIVE DEFENSES

17. Any violation of the FDCPA, if one occurred, was a result of a bone fide error notwithstanding the maintenance of reasonable policies and procedures designed to prevent such error.

18. Plaintiff has failed to mitigate damages, if any.

19. Plaintiff proximately caused his own damages, if any.

20. Plaintiff has failed to state a claim upon which relief can be granted.

21. Plaintiff has suffered no damages and lacks standing to pursue this claim.

22. Defendant reserves the right to assert additional affirmative defenses as they become known.

WHEREFORE, Defendant TrueAccord Corp. prays this Court enter judgment in its favor awarding it such fees and costs to which it may be entitled under 15 U.S.C. §1692k and such further relief as it deems proper and just.

*/s/ Steven R. Zahn*
Steven R. Zahn (Virginia State Bar #43332)
Associate General Counsel
TrueAccord Corp.
16011 College Blvd., Suite 130
Lenexa, KS 60219
szahn@trueaccord.com
757.339.4779

**CERTIFICATE OF SERVICE**

I certify that on this 18th day of August, 2023, I filed the foregoing Answer to the Plaintiff's Complaint using the Court's CM/ECF system which will automatically serve a copy upon counsel of record and that I further sent by electronic mail to the Plaintiff's counsel a courtesy copy of the same at attorney@otisereedlaw.com.

*/s/ Steven R. Zahn*
Steven R. Zahn (Virginia State Bar #43332)
Associate General Counsel
TrueAccord Corp.
16011 College Blvd., Suite 130
Lenexa, KS 60219
szahn@trueaccord.com
757.339.4779